*E-FILED: November 28, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD PFEIFFER ET AL., | No. C12-05321 HRL |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: SETTLEMENT AND ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| DAN YOUNG ELECTRIC INC., | |
| Defendant. | |
| _____/ | |

Plaintiff having informed the Court that the parties have reached a settlement in this case, the Case Management Conference, previously scheduled for December 4, 2012, is vacated. All parties shall appear on **January 22, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **January 15, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: November 28, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1   **C 12-05321 HRL Order will be electronically mailed to:**

2   Sue Campbell: suecampbell@att.net, lawoffice@att.net, sue@campbelltrustlaw.com

3   **Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the court's CM/ECF program.**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28