*E-FILED: January 17, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD PFEIFFER ET AL., | No. C12-05321 HRL |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| DAN YOUNG ELECTRIC INC., | |
| Defendant. | |

Plaintiffs having voluntarily requested dismissal of this action without prejudice (Dkt. 10), it is hereby ordered that the claims of plaintiffs are dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 17, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C 12-05321 HRL Order will be electronically mailed to:**

2  Sue Campbell: suecampbell@att.net, lawoffice@att.net, sue@campbelltrustlaw.com

3  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**